IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| AMBER McDONALD, individually and on behalf of all others similarly situated | § § § § | |
| v. | § § | CASE NO. 6:18cv480-RWS-JDL |
| NATIONWIDE RECOVERY SYSTEMS, LTD. AND JOHN DOES 1-25 | § § § | |

## FINAL JUDGMENT

Pursuant to the Notice of Voluntary Dismissal, the Court hereby enters Final Judgment.

Plaintiff Amber McDonald filed suit against Defendants Nationwide Recovery Systems, Ltd. and John Does 1-25 on September 16, 2018.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**SIGNED this 11th day of December, 2018.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE